**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Simuel D. HOWARD, Defendant–
Appellant.**

No. 04–30396.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided June 22, 2005.

Richard Lewis Bourgeois, Jr., U.S. Attorney's Office, Middle District of Louisi-

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

ana, Baton Rouge, LA, for Plaintiff–Appellee.

Joseph R. Streva, Jr., Federal Public Defender's Office, Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Simuel D. Howard has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record, counsel's brief, and Howard's response thereto discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.